# Exhibit B

**ACTIONS INDENTIFIED IN MAY 16, 2007 LETTER**

| | Actions Plaintiffs Re-filed in 21 MC 102 | | | |
|---|---|---|---|---|
| | 21 MC 100 Complaints[1] | | 21 MC 102 Complaints | |
| | Plaintiffs | Docket Number | Plaintiffs | Docket Number |
| 1 | Edgar Abarca and Margoth Abarca | 06cv1648 | Edgar Abarca and Margoth Abarca | 07cv1550 |
| 2 | Luis Aguilar and Maria Aguilar | 06cv12701 | Luis Aguilar and Maria Aguilar | 07cv1553 |
| 3 | Raul Allivar | 05cv9821 | Raul Allivar | 05cv9821 |
| 4 | Juan Alvarez and Maricel Alvarez | 06cv2814 | Juan Alvarez and Maricel Alvarez | 06cv2814 |
| 5 | Maria E. Alvarez and Carlos Chavarriage | 05cv10135 | Maria E. Alvarez and Carlos Chavarriage | 05cv10135 |
| 6 | Jose Alvarracin | 06cv14459 | Jose Alvarracin | 07cv1556 |
| 7 | Santiago Alvear and Martha Carpio | 06cv2220 | Santiago Alvear and Martha Carpio | 06cv2220 |
| 8 | Philip Annunziato and Eleanor V. Annunziato | 06cv14466 | Philip Annunziato and Eleanor V. Annunziato | 07cv1557 |
| 9 | Fabio Arbelaez | 05cv10747 | Fabio Arbelaez | 07cv1558 |
| 10 | Julio Arias and Jane Arias | 06cv1340 | Julio Arias and Jane Arias | 07cv1559 |
| 11 | Jhonson Arichabala | 05cv8685 | Jhonson Arichabala | 05cv8685 |
| 12 | Enid Aristizabal | 06cv4377 | Enid Aristizabal | 07cv1560 |
| 13 | Maria Asencio | 05cv1124 | Maria Asencio | 05cv1124 |
| 14 | Cesar Avila and Piedad Avila | 06cv1588 | Cesar Avila and Piedad Avila | 07cv1563 |
| 15 | Alekander (Aleksander) Bajguz and Maria Bajguz | 06cv2528 | Alekander (Aleksander) Bajguz and Maria Bajguz | 07cv1566 |
| 16 | Ivan Banda and Martha Reinoso | 06cv14483 | Ivan Banda and Martha Reinoso | 07cv1567 |
| 17 | Nestor Banda and Georgina Banda | 06cv14484 | Nestor Banda and Georgina Banda | 07cv1568 |
| 18 | Virginia Barbosa | 06cv1649 | Virginia Barbosa | 06cv1649 |
| 19 | Luis Benitez | 06cv13799 | Luis Benitez | 07cv1570 |
| 20 | Luz Botero | 05cv1130 | Luz Botero | 05cv1130 |
| 21 | Georgina Cabrera | 05cv1785 | Georgina Cabrera | 05cv1785 |
| 22 | Zebiullah Cagatay and Hamide Cagatay | 05cv9040 | Zebiullah Cagatay and Hamide Cagatay | 05cv9040 |
| 23 | Manuel Caguana and Antonia Caguana | 06cv11968 | Manuel Caguana and Antonia Caguana | 06cv11968 |
| 24 | Ivan Calero and Reyna Calero | 06cv1650 | Ivan Calero and Reyna Calero | 07cv1575 |
| 25 | Consuelo Campuzano | 06cv14529 | Consuelo Campuzano | 07cv1579 |
| 26 | Edison Cardenas | 06cv14533 | Edison Cardenas | 07cv1580 |
| 27 | Victor Carrasco and Herminia Leon | 06cv459 | Victor Carrasco and Herminia Leon | 06cv459 |
| 28 | Silvia Castillo and Segundo Castillo | 05cv1718 | Silvia Castillo and Segundo Siguencia (Castillo) | 05cv1718 |
| 29 | Yolanda Cintron | 06cv5631 | Yolanda Cintron | 06cv5631 |
| 30 | Cecelia Claret | 06cv14554 | Cecelia Claret | 07cv1591 |
| 31 | Christopher Colucci and Kelly Colucci | 06cv14564 | Christopher Colucci and Kelly Colucci | 07cv1592 |

---

[1] To date, none of these 21 MC 100 cases have been dismissed by Plaintiffs.

| | Actions Plaintiffs Re-filed in 21 MC 102 | | | |
| --- | --- | --- | --- | --- |
| | 21 MC 100 Complaints[1] | | 21 MC 102 Complaints | |
| | Plaintiffs | Docket Number | Plaintiffs | Docket Number |
| 32 | Jose Criollo and Maria Criollo | 05cv1104 | Jose Criollo and Maria Criollo | 07cv1547 |
| 33 | Isabel Deleon | 06cv14593 | Isabel Deleon | 07cv1600 |
| 34 | Wieslaw Demko and Elzbieta Demko | 06cv1032 | Wieslaw Demko and Elzbieta Demko | 06cv1032 |
| 35 | Dominik Drozdz and Ewa Drozdz | 06cv14619 | Dominik Drozdz and Ewa Drozdz | 06cv14619 |
| 36 | Stanislaw Drozdz and Monika Drozdz | 06cv14620 | Stanislaw Drozdz and Monika Drozdz | 06cv14620 |
| 37 | Elvia Dutan and Wilfredo Dutan | 06cv5504 | Elvia Dutan and Wilfredo Dutan | 07cv1606 |
| 38 | Jorge Encalada | 05cv10737 | Jorge Encalada | 07cv1607 |
| 39 | James Flynn | 06cv14652 | James Flynn | 07cv1610 |
| 40 | Flavio Freire | 06cv13909 | Flavio Freire | 06cv13909 |
| 41 | Rebeca Gallegos | 05cv9820 | Rebeca Gallegos | 05cv9820 |
| 42 | Juan Gallo | 06cv14670 | Juan Gallo | 07cv1614 |
| 43 | Jose Garcia | 06cv2218 | Jose Garcia | 07cv1616 |
| 44 | Viviana Garcia | 06cv14671 | Viviana Garcia | 07cv1617 |
| 45 | Peter Gaspar | 05cv10739 | Peter Gaspar | 05cv10739 |
| 46 | Gildardo Gomez | 06cv2285 | Gildardo Gomez | 07cv1621 |
| 47 | Edward Gora and Ena Rynczak Gora | 06cv3302 | Edward Gora and Ena Rynczak Gora | 06cv3302 |
| 48 | Malgorzata Grabowska | 06cv4885 | Malgorzata Grabowska | 06cv4885 |
| 49 | Francisco Guerrero and Arelis Guerrero | 05cv1636 | Francisco Guerrero and Arelis Guerrero | 05cv1636 |
| 50 | Rodolfo Guevara | 06cv3301 | Rodolfo Guevara | 06cv3301 |
| 51 | Rafael Gutierrez and Diana V. Gutiertez | 06cv2813 | Rafael Gutierrez and Diana V. Gutierez | 06cv2813 |
| 52 | Carlos Guzman and Gloria Guzman | 06cv2884 | Carlos Guzman and Gloria Guzman | 06cv2884 |
| 53 | Robert Hernandez | 06cv14719 | Robert Hernandez | 07cv1624 |
| 54 | William Hurtado | 06cv10781 | William Hurtado | 07cv1625 |
| 55 | Diomedes Ibanez and Daisy Blandon | 05cv1239 | Diomedes Ibanez and Daisy Blandon | 05cv1239 |
| 56 | Edgar Idrovo | 06cv11025 | Edgar Idrovo | 07cv1627 |
| 57 | Janusz Jakubowski and Krystyna Karpinska | 06cv14741 | Janusz Jakubowski and Krystyna Karpinska | 06cv14741 |
| 58 | Jonas Jaramillo and Blanca Romelo | 06cv14746 | Jonas Jaramillo and Blanca Romelo | 06cv14746 |
| 59 | Rogerio Jarrin and Haydee | 06cv14747 | Rogerio Jarrin and Haydee | 07cv1631 |
| 60 | Bozena Kajewska-Pielarz and Josef Kajewska-Pierlarz | 05cv744 | Bozena Kajewska-Pielarz and Josef Kajewska-Pierlarz | 05cv744 |
| 61 | Adam Kowalczyk and Sabina Kowalczyk | 06cv2252 | Adam Kowalczyk and Sabina Kowalczyk | 07cv1642 |
| 62 | Kazimierz Kukacki and Kukacka Kukacki | 06cv14781 | Kazimierz Kukacki and Kukacka Kukacki | 07cv1643 |
| 63 | Antoni Kurak | 06cv4376 | Antoni Kurak | 06cv4376 |
| 64 | Ana Lascano | 05cv9333 | Ana Lascano | 05cv9333 |
| 65 | Carlos Lenis and Lucia Lenis | 06cv10045 | Carlos Lenis and Lucia Lenis | 06cv10045 |
| 66 | Ivonne Leroux | 06cv12772 | Ivonne Leroux | 06cv12772 |
| 67 | Jose Loja | 06cv12219 | Jose Loja | 06cv12219 |
| 68 | Milton Lopez and | 06cv14805 | Milton Lopez and | 07cv1653 |

| | Actions Plaintiffs Re-filed in 21 MC 102 | | | |
|---|---|---|---|---|
| | **21 MC 100 Complaints**[1] | | **21 MC 102 Complaints** | |
| | Plaintiffs | Docket Number | Plaintiffs | Docket Number |
| | Georgina L. Lopez | | Georgina L. Lopez | |
| 69 | Oswaldo Lopez and Elvia Villacis | 06cv14807 | Oswaldo Lopez and Elvia V. Lopez | 06cv14807 |
| 70 | Wilber Lopez and Aracelly Gonzales | 06cv14808 | Wilber Lopez and Aracelly Gonzales | 07cv1654 |
| 71 | Mariana Maldonado | 06cv1786 | Mariana Maldonado | 07cv1656 |
| 72 | James McCann | 06cv14847 | James McCann | 07cv1660 |
| 73 | Sean McDermott and Eileen McDermott | 06cv14854 | Sean McDermott and Eileen McDermott | 06cv14854 |
| 74 | Edgar Mendez and Tasha Mendez | 05cv1180 | Edgar Mendez and Jenny Patricia | 07cv1663 |
| 75 | Otto Montenegro and Martha Montenegro | 06cv6018 | Otto Montenegro and Martha Montenegro | 06cv6018 |
| 76 | Leidis Montero | 05cv1691 | Leidis Montero | 05cv1691 |
| 77 | Edwin Morales | 06cv8949 | Edwin Morales | 06cv8949 |
| 78 | Wilson Moran and Gloria Moran | 06cv12341 | Wilson Moran and Gloria Moran | 06cv12341 |
| 79 | Sandra Moreno | 06cv14901 | Sandra Moreno | 07cv1670 |
| 80 | Luis Naranjo and Rosa Naranjo | 05cv10738 | Luis Naranjo and Rosa Naranjo | 05cv10738 |
| 81 | Carlos Narvaez | 06cv2221 | Carlos Narvaez | 07cv1672 |
| 82 | Orlando Ocampo and Janneth Ocampo | 05cv9161 | Orlando Ocampo and Janneth Ocampo | 07cv1673 |
| 83 | Mariana Ortega and Segundo Ortega | 05cv1765 | Mariana Ortega and Segundo Narvaez (Ortega) | 05cv1765 |
| 84 | Maximo Pachay | 05cv9041 | Maximo Pachay | 07cv1678 |
| 85 | Carmen Padilla | 05cv9822 | Carmen Padilla | 07cv1679 |
| 86 | Patricia Palma | 06cv3932 | Patricia Palma | 06cv3932 |
| 87 | Gabriel Pena and Ana Torres | 05cv1385 | Gabriel Pena | 07cv1681 |
| 88 | Luis Pena and Maria Delourdes | 05cv10741 | Luis Pena and Maria Delourdes | 05cv10741 |
| 89 | Julio Pichu | 06cv12411 | Julio Pichu | 06cv12411 |
| 90 | Napoleon Pina | 06cv12413 | Napoleon Pina | 07cv1685 |
| 91 | Freddy Pineda | 05cv1349 | Freddy Pineda | 05cv1349 |
| 92 | David Pinto and Marilyn C. Pinto | 06cv12415 | David Pinto and Marilyn C. Pinto | 06cv12415 |
| 93 | Jose Polo | 05cv1418 | Jose Polo | 07cv1686 |
| 94 | Piotr Porowski and Malgorzata Porowski | 06cv3850 | Piotr Porowski and Malgorzata Porowski | 07cv1687 |
| 95 | Jan Pyziak and Zofia Pyziak | 06cv12425 | Jan Pyziak and Zofia Pyziak | 06cv12425 |
| 96 | Natalia Quintanilla and Gerardo Quintanilla | 06cv1341 | Natalia Quintanilla and Gerardo Quintanilla | 06cv1341 |
| 97 | Angel Reyes | 06cv14998 | Angel Reyes | 07cv1691 |
| 98 | Sonia Rivera and Andres Rivera | 06cv6234 | Sonia Rivera and Andres Rivera | 07cv1692 |
| 99 | Maria Robles | 06cv11257 | Maria Robles | 07cv1693 |
| 100 | Rosa Rodriguez | 06cv845 | Rosa Rodriguez | 07cv1695 |
| 101 | Mario Rojas | 06cv5786 | Mario Rojas | 07cv1697 |
| 102 | Hipolito Salgado and Teresa Salgado | 05cv1675 | Hipolito Salgado and Teresa Salgado | 05cv1675 |
| 103 | Oscar Sanchez | 06cv11892 | Oscar Sanchez | 06cv11892 |
| 104 | Maydi Sarmiento | 06cv6521 | Maydi Sarmiento | 06cv6521 |
| 105 | Gertrudis (Getrude) Savage | 05cv9951 | Gertrudis (Getrude) Savage | 07cv1701 |

| | Actions Plaintiffs Re-filed in 21 MC 102 | | | |
|---|---|---|---|---|
| | 21 MC 100 Complaints[1] | | 21 MC 102 Complaints | |
| | Plaintiffs | Docket Number | Plaintiffs | Docket Number |
| | and Edward Savage | | and Edward Savage | |
| 106 | Teresa Serrano | 05cv8937 | Teresa Serrano | 05cv8937 |
| 107 | Antonio Silva and Esperanza Silva | 05cv1260 | Antonio Silva and Lupe C. Silva | 05cv1260 |
| 108 | Carlos Silva | 06cv2664 | Carlos Silva | 06cv2664 |
| 109 | Samuel Sumba and Mercedes Sumba | 05cv1783 | Samuel Sumba and Mercedes Sumba | 07cv1710 |
| 110 | Laneth Tabares | 06cv12826 | Laneth Tabares | 07cv1713 |
| 111 | Stephen Tighe and Joyce Tighe | 06cv15091 | Stephen Tighe and Joyce Tighe | 06cv15091 |
| 112 | Carlos Toral and Zoila Toral | 06cv6233 | Carlos Toral and Zoila Toral | 06cv6233 |
| 113 | Consuelo Trujillo | 06cv3846 | Consuelo Trujillo | 06cv3846 |
| 114 | Mario Valenzuela and Viviana Andujar | 06cv14159 | Mario Valenzuela and Viviana Andujar | 07cv1718 |
| 115 | Peter Vazquez and Kattia Vazquez | 06cv70 | Peter Vazquez and Kattia Vazquez | 06cv70 |
| 116 | Fredy Velasquez and Morena Valdez | 06cv11141 | Fredy Velasquez and Morena Valdez | 06cv11141 |
| 117 | Antonio Villacres | 06cv2286 | Antonio Villacres | 06cv2286 |
| 118 | Julio Villafuerte | 06cv1652 | Julio Villafuerte | 07cv1724 |
| 119 | Rosa Vivar and Wilson Vivar | 06cv997 | Rosa Vivar and Wilson Vivar | 07cv1726 |
| 120 | Franciszek Zugaj and Zofia Zugaj | 06cv1653 | Franciszek Zugaj and Zofia Zugaj | 06cv1653 |