UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------------X    07CV4472 (AKH)
ROSA GUALPA,

                        Plaintiffs,

    - against –

ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC.,
AMG REALTY PARTNERS, LP., ANN TAYLOR
STORES CORPORATION, BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING- STEAMATIC CATASTOPHE, INC., D/B/A
BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES,
HOLDINGS INC., BT PRIVATE CLIENTS CORP., DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR., INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK TRUST COMPANY, NA, TISHMAN INTERIORS
CORPORATION, TOSCORP INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING
CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., AND
WFP TOWER D. CO., L.P. ET AL

                                                                     ANSWER
                      Defendants.

----------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant –Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

        BY: _____
            Heather L. Smar (4622)