UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
-----------------------------------------------------------------X
ROSA GUALPA, : 07-CV-04472-AKH
:
                           Plaintiff, :
: **APPEARANCE**
  - against - :
:
ALAN KASMAN D/B/A KASCO, *et al.*, : **ELECTRONICALLY FILED**
:
                       Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
      October 3, 2007

                                   By:    /s/ Judith R. Cohen
                                          _____
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501

                                       *Attorney for Defendant*
                                       MERRILL LYNCH & CO., INC.