UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X   07CV4472 (AKH)
ROSA GUALPA,

                                  Plaintiffs,

     - against –

50 TRINITY LLC,
55 WATER STREET CONDOMINIUM,
88 GREENWICH LLC,
ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC.,
AMG REALTY PARTNERS, LP., ANN TAYLOR
STORES CORPORATION, BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BLACK DIAMONDS LLC,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC., D/B/A
BMS CAT, BOARD OF EDUCATIONOF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BROADWAY WEST STREET ASSOCIATES LIMITED PARTNERSHIP,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES,
HOLDINGS INC., BT PRIVATE CLIENTS CORP.,
DEPARTMENT OF BUSINESS SERVICES,
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR., INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HIGHLAND DEVELOPMENT LLC, HILLMAN
ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO, INC.,
NEW WATER STREET CORP.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC.,
RY MANAGEMENT CO INC.,
RY MANAGEMENT,

STEEPLECHASE ACQUISITIONS LLC,
STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK TRUST COMPANY, NA, TISHMAN INTERIORS
CORPORATION, TOSCORP INC.,
TRIBECA LANDING LLC,
TULLY CONSTRUCTION CO INC.,
TULLY INDUSTRIES INC.,
VERIZON NEW YORK INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING
CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., AND
WFP TOWER D. CO., L.P. ET AL

                                              Defendants.

------------------------------------------------------------------------X


## DEFENDANT ENVIROTECH CLEAN AIR INC.'S
## ANSWER TO THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
March 18, 2008

                Yours, etc.

                FRIEDMAN, HARFENIST, LANGER & KRAUT
                Attorneys for Defendant –Envirotech
                3000 Marcus Avenue, Suite 2E1
                Lake Success, New York 11042
                (516) 775-5800

                BY: _____
                      Heather L. Smar (4622)